IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CLB DEVELOPMENT PARTNERS, LTD., a Delaware Limited Partnership, | CAUSE NO. CV-15-8-BU-BMM |
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN M. BARRETT, MICHAEL S. ROWE, and CRAIG G. BRYANT, | |
| Defendants. | |

Before the Court is Plaintiff CLB Development Partners, Ltd.'s ("CLB Development") Motion to Dismiss Claims Against Craig G. Bryant with Prejudice (Doc. 96). The Court has been advised that CLB Development and Mr. Bryant have resolved their disputes and all asserted or assertable claims between them through a mutual settlement agreement. Having reviewed the Motion and the relevant legal principles, the Court is of the opinion that the Motion (Doc. 96) should be, and hereby is, GRANTED.

It is, therefore, ORDERED under Rule 41(a)(2) of the Federal Rules of Civil Procedure that all claims that CLB Development and Mr. Bryant have asserted or could have asserted against one another in this civil action are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Mr. Bryant shall be dismissed from this civil

1

action as a party.

It is further ORDERED that CLB Development Partners, Ltd. and Mr. Bryant shall each bear their own costs of Court and attorney's fees, as incurred.

DATED this 14th day of March, 2017.

Brian Morris
United States District Court Judge